

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:            01-12-00971-CR

Trial Court Cause
Number:                  1791565

Style:                   Jason Brian Connor

                         **v** The State of Texas

Date motion filed*:      April 16, 2013

Type of motion:          Extension of Time to File Reporter's Record

Party filing motion:     Court Reporter

Document to be filed:    Reporter's Record

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

      Original due date:                    April 15, 2013

      Number of previous extensions granted:

      Date Requested:                       May 22, 2013

Ordered that motion is:

    ☒  Granted

        If document is to be filed, document due:  May 22, 2013

        ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐  Other: _____


Judge's signature: /s/ Sherry Radack
          ☒ Acting individually      ☐ Acting for the Court

Panel consists of  Chief Justice Radack and Justices Higley and Brown

Date: April 18, 2013